473 A.2d 662

Kendall, Appellant, v. Kendall.

Argued January 24, 1984. Douglas G. Linn, II, for appellant; Thomas W. King, III, for appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Order affirmed and jurisdiction relinquished.

473 A.2d 662

Maniace, Appellant, v. Orochena.

Argued November 16, 1983. Norman Blatt, Jr., for appellant; Nancy Ann Longenbach, for appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Affirmed.